Thomas E. Rockett, III, Esq. (SBN 126248)
 *Tom @Rockettlaw.com*
**LAW OFFICES OF THOMAS E. ROCKETT, III**
A Professional Corporation
2600 Michelson Drive
Suite 1700, PMB 795
Irvine, California 92612
(714) 494-2470 - *Telephone*
(714) 706-3767 - *Facsimile*

Attorneys for Plaintiff, HAROLD SHAFFER

Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
 *jml@manningllp.com*
Derik A. Sarkesians, Esq. (State Bar No. 311617)
 *das@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, REPUBLIC WASTE SERVICES OF SOUTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SHAFFER,<br><br>           Plaintiff,<br>vs.<br><br>REPUBLIC SERVICES; and DOES 1 to 20, inclusive<br><br>           Defendants. | Case No.: 8:19-cv-01390 JLS (DFMx)<br><br>*Hon. Josephine L. Staton*<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

1

**Joint Stipulation and Order for Dismissal**

1  DATED:  March 13, 2020        **LAW OFFICES OF THOMAS E. ROCKETT, III**

                          By: _____
                             THOMAS E. ROCKETT, III, ESQ.
                             Attorney for Plaintiff, HAROLD SHAFFER


DATED: March 25, 2020           **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

                          By: _____
                             Jeffrey M. Lenkov, Esq.
                             Derik A. Sarkesians, Esq.
                             Attorneys for Defendant, REPUBLIC WASTE SERVICES OF SOUTHERN CALIFORNIA

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: _____        _____
                              Hon. Josephine L. Staton