JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SHAFFER, | **Case No. 8:19-cv-01390JLS(DFMx)** *[Hon. Josephine L. Staton]* |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| REPUBLIC SERVICES, a business organization form unknown; and DOES 1 through 20, inclusive. | Action Filed: 01/04/2019 |
| Defendants | |

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: 03/26/2020        JOSEPHINE L. STATON
                         Hon. Josephine L. Staton